HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| NUE LLC d/b/a NUE SEATTLE, individually and on behalf of all others similarly situated, | Cause No. 2:20-CV-00676 RSL |
| Plaintiff, | **DECLARATION OF LIND STAPLEY IN SUPPORT OF DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |
| vs. | |
| OREGON MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

I, Lind Stapley, declare and state as follows:

1.      I am one of the attorneys representing Defendant Oregon Mutual Insurance Company ("Oregon Mutual") in the above-mentioned matter.

2.      Attached hereto as Exhibit A is a true and correct excerpts of Oregon Mutual's commercial property insurance policy no. BSP 720822 to "Nue LLC dba Nue Seattle," effective 11/10/2019 to 11/10/ 2020 (the "Policy").

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEFENDANT
OREGON MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS
PURSUANT TO FRCP 12(b)(6) – 1
USDC WD WA/SEA CAUSE NO.  2:20-CV-00676 RSL

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, STE 2000
Seattle, Washington 98101
(206) 624-1800/Fax (206) 624-3585

1    DATED this 28th day of May, 2020.

2                                    SOHA & LANG, P.S.

3

4                                    By:___/s/Lind Stapley_____
                                          R. Lind Stapley, WSBA # 19512
5                                         Attorneys for Defendant Oregon Mutual
                                          Insurance Company
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEFENDANT
OREGON MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS                    SOHA & LANG, P.S.
PURSUANT TO FRCP 12(b)(6) – 2                                            ATTORNEYS AT LAW
USDC WD WA/SEA CAUSE NO.  2:20-CV-00676 RSL                        1325 FOURTH AVENUE, STE 2000
                                                                   SEATTLE, WASHINGTON  98101
                                                                  (206) 624-1800/FAX (206) 624-3585

6000.00526 me28f8034p

# EXHIBIT A



**OREGON MUTUAL INSURANCE COMPANY**
400 NE Baker Street, PO Box 808, McMinnville, OR 97128
800-888-2141   •   FAX 503-376-9184

**Commercial Lines**

May 13, 2020

RE:  BSP720822 ~ NUE LLC

TO WHOM IT MAY CONCERN:

To the best of my knowledge this is a true and certified copy of the captioned policy from the period from   11/10/2019   to   11/10/2020   .

Karla Thompson
Commercial Lines Support

M9241 (5-12)

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 4



# OREGON MUTUAL INSURANCE COMPANY
P.O. Box 808,   McMinnville, Oregon 97128

M2060B (7-11)

CONTINUATION CERTIFICATE

REGIONAL OFFICE COPY

**Businessowners Protector Policy**

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| BSP720822 | 11/10/2019 TO 11/10/2020 | |
| | 12:01 A.M. Standard Time at Your Mailing Address. | PRESIDENT |

| NAMED INSURED | CUSTOMER SINCE: **11/10/2015** | YOUR AGENT | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| NUE LLC  DBA NUE SEATTLE<br>1514 14TH AVE<br>SEATTLE        WA  98122-4024 | | 001791    888-443-7744<br>BELLTOWN INSURANCE GROUP INC<br>3911 5TH AVE STE 200<br>SAN DIEGO          CA  92103 | |

THE NAMED INSURED IS:  CORPORATION
BUSINESS DESCRIPTION:  RESTAURANTS CASUAL W/O LOUNGE

**LOSS HISTORY CREDIT**
BILLING ACCOUNT: 362928504

PREMISES DESCRIPTION(s)

| PREM. NO.  001   BLDG. NO.  001 | PREM. NO.          BLDG. NO. |
|---|---|
| 1519 14TH AVE<br>SEATTLE        WA  98122-4023 | |
| MORTGAGEE: | MORTGAGEE: |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
This Declarations Page or Continuation Certificate, when attached, completes the above numbered policy.

**COPY**

## BASIC PROPERTY COVERAGE

Limits of Insurance

**Deductible**    $   500

| | | | | | |
|---|---|---|---|---|---|
| **Buildings** | PREM. NO.  001 | BLDG. NO.  001 | REPLACEMENT COST | $  82,000 |
| **Business Personal Property** | PREM. NO.  001 | BLDG. NO.  001 | REPLACEMENT COST | $  78,000 |

This policy includes Business Income Coverages.  See paragraph A.5.f in Section I - Property of the BUSINESS COVERAGE FORM.

## BASIC LIABILITY AND MEDICAL PAYMENTS

| | |
|---|---|
| General Aggregate Limit  (Other than Products-Completed Operations) | $ 4,000,000 |
| Products Completed Operations Aggregate Limit | $ 4,000,000 |
| Liability and Medical Expenses Limit | $ 2,000,000 |
| Medical Expenses (per Person) | $     5,000 |
| Damage to Premises Rented to You Limit | $   100,000 |

Except for Damage to Premises Rented To You, each paid claim for the above coverages reduces the amount of the insurance we
provide during the applicable period.  Please refer to paragraph D.4. in Sect. II - Liability of the BUSINESSOWNERS COVERAGE FORM.

## OPTIONAL/MISCELLANEOUS COVERAGES

| | | |
|---|---|---|
| MONEY/SECURITIES (SPECIAL FORM) | INSIDE | $   10,000 |
| | OUTSIDE | 2,000 |
| EMPLOYEE DISHONESTY | | 10,000 |
| CYBERONE COVERAGE | | *** |
| DATA COMPROMISE COVERAGE | | *** |
| FOOD CONTAMINATION BUSINESS INCOME | | *** |
|   CONTAMINATION:  50,000 ADVERTISING:     50,000 | | *** |

| THESE FORMS APPLY:   *** SEE M2071     PAY PLAN DIRECT BILL<br>INVOICE TO FOLLOW<br>TERRORISM COVERAGE IS PROVIDED IN THIS POLICY (REFER TO M2071<br>FOR APPLICABLE FORMS) AT A PREMIUM OF      $11.00<br>Renews or Replaces Policy No.:   BSP720822 | **TOTAL PREMIUM**  $  5,230.00 |
|---|---|
| | M2060B (7-11) |
| | PROCESSED: 09/26/2019  BY: BP0250BP |

T8182178M

**OREGON MUTUAL INSURANCE COMPANY**
P.O. Box 808, McMinnville, Oregon 97128

M2060B (7-11)

CONTINUATION CERTIFICATE

REGIONAL OFFICE

**Businessowners Protector Policy**

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| BSP720822 | 11/10/2019 TO 11/10/2020 | |

12:01 A.M. Standard Time at Your Mailing Address.

_____ PRESIDENT

_____ AUTHORIZED REPRESENTATIVE

NAMED INSURED          CUSTOMER SINCE: **11/10/2015**

```
NUE LLC  DBA NUE SEATTLE
1514 14TH AVE
SEATTLE          WA  98122-4024
```

YOUR AGENT
```
001791   888-443-7744
BELLTOWN INSURANCE GROUP INC
3911 5TH AVE STE 200
SAN DIEGO          CA  92103
```

THE NAMED INSURED IS:  CORPORATION
BUSINESS DESCRIPTION:  RESTAURANTS CASUAL W/O LOUNGE

**LOSS HISTORY CREDIT**
BILLING ACCOUNT: 362928504

PREMISES DESCRIPTION(s)

| PREM. NO. 001  BLDG. NO. 001 |
|---|
| 1519 14TH AVE |
| SEATTLE          WA  98122-4023 |
| |
| MORTGAGEE: |

| PREM. NO.          BLDG. NO. |
|---|
| |
| |
| |
| MORTGAGEE: |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This Declarations Page or Continuation Certificate, when attached, completes the above numbered policy.

---

| BASIC PROPERTY COVERAGE | | | Limits of Insurance |
|---|---|---|---|
| Deductible          $ | | | |
| Buildings | PREM. NO. | BLDG. NO. | $ |
| Business Personal Property | PREM. NO. | BLDG. NO. | $ |

This policy includes Business Income Coverages.  See paragraph A.5.f in Section I - Property of the BUSINESS COVERAGE FORM.

| BASIC LIABILITY AND MEDICAL PAYMENTS | |
|---|---|
| General Aggregate Limit  (Other than Products-Completed Operations) | $ |
| Products Completed Operations Aggregate Limit | $ |
| Liability and Medical Expenses Limit | $ |
| Medical Expenses (per Person) | $ |
| Damage to Premises Rented to You Limit | $ |

Except for Damage to Premises Rented To You, each paid claim for the above coverages reduces the amount of the insurance we provide during the applicable period.  Please refer to paragraph D.4. in Sect. II - Liability of the BUSINESSOWNERS COVERAGE FORM.

OPTIONAL/MISCELLANEOUS COVERAGES
```
HIRED AUTO LIABILITY                            $        **
EQUIPMENT BREAKDOWN ENDORSEMENT                         ***
LIQUOR LIABILITY COVERAGE (EACH COMMON CAUSE)     2,000,000
NON-OWNED AUTO LIABILITY                                 **
WASHINGTON STOP GAP                               2,000,000
TERRORISM COVERAGE                                      ***
XTREME CLUSTER ENDORSEMENT                              ***

**   INCLUDED IN BASIC LIABILITY
```

| THESE FORMS APPLY:    *** SEE M2071 | PAY PLAN DIRECT BILL<br>INVOICE TO FOLLOW | |
|---|---|---|
| | | TOTAL PREMIUM  $  INCLUDED |
| Renews or Replaces Policy No.:   BSP720822 | | M2060B (7-11)<br>PROCESSED: 09/26/2019  BY: BPO250BP |



**OREGON MUTUAL INSURANCE COMPANY**

**Forms and Endorsements**

REGIONAL OFFICE Copy

POLICY NUMBER: BSP720822          EFFECTIVE DATE: 11/10/2019

NAMED INSURED: NUE LLC  DBA NUE SEATTLE

NOTE:
  ALL FORMS ON THIS PAGE APPLY TO ALL STATES UNLESS SUPERSEDED BY A STATE SPECIFIC FORM.

**FORMS**

| NUMBER | REVISION | TITLE |
|---|---|---|
| M2343B | 0106 | LIQUOR LIABILITY COVERAGE |
| BP1007 | 0702 | YEAR 2000 EXCLUSION – LIABILITY |
| BP0473 | 0702 | WASHINGTON CHANGES – DOMESTIC ABUSE |
| M2428B | 0106 | ADDITIONAL BUILDING PROPERTY |
| M2477B | 0217 | EQUIPMENT BREAKDOWN COV INCL ELECTRONIC CIRCUITRY IMPAIRMENT |
| M3303 | 0298 | WASHINGTON BUREAU INFORMATION |
| M2071 | 0298 | OREGON MUTUAL FORMS AND ENDORSEMENTS |
| M2601BW | 0103 | FUNGI OR BACTERIAL EXCLUSION – WASHINGTON |
| M2620B | 0816 | LIMITED FUNGI, WET ROT, DRY ROT AND BACTERIA COVERAGE |
| BP0430 | 0702 | PROTECTIVE SAFEGUARDS |
| BP0441 | 0702 | BUSINESS INCOME CHANGES–INCREASED PERIOD OF RESTORATION |
| BP0460 | 0702 | WA EMPLOYMENT RELATED PRACTICES EXCLUSION |
| BP0483 | 0702 | REMOVAL OF INSURANCE-TO-VALUE PROVISION |
| BP0493 | 0702 | TOTAL POLLUTION EXCL W/ HEAT EQUIP AND HOSTILE FIRE EXCEPT |
| BP0518 | 0115 | WASHINGTON AMENDMENT OF TERRORISM EXCLUSIONS |
| M2736BW | 0106 | WASHINGTON HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| BP0003 | 0702 | BUSINESSOWNERS COVERAGE FORM |
| BP0106 | 0810 | WASHINGTON CHANGES |
| BP0501 | 0702 | CALCULATION OF PREMIUM |
| M2799B | 0507 | FOOD CONTAMINATION |
| BP0526 | 0115 | EXCL OF CERT NBCR TERRORISM;CAP ON COVERED CERT ACTS LOSSES |
| BP0541 | 0115 | EXCL OF CERTIFIED ACTS OF TERRORISM & EXCL OF OTHER ACTS |
| M2732B | 0217 | AMENDATORY ENDORSEMENT |
| BP0674 | 0110 | STOP GAP ENDORSEMENT |
| M2864B | 0217 | BUSINESSOWNERS XTREME CLUSTER ENDORSEMENT |
| M2875 | 0415 | CYBERONE COVERAGE |
| M2872 | 0415 | DATA COMPROMISE COVERAGE |
| BP0612 | 1113 | WASHINGTON CHANGES – DEFENSE COSTS |
| M2906BW | 0217 | WASHINGTON AMENDATORY – EQUIPMENT BREAKDOWN |

M2071 (2-98)

**BUSINESSOWNERS**
**BP 00 03 07 02**

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In **Section II – Liability,** the word "insured" means any person or organization qualifying as such under Paragraph **C** – Who Is An insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in **Section I – Property** and Paragraph **F.** Liability And Medical Expenses Definitions in **Section II – Liability.**

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.6.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove; and

**(4)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2).**

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money and Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 8

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy.

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock".

**3.** **Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

**a.** Excluded in Paragraph **B.** Exclusions in Section **I;** or

**b.** Limited in Paragraph **4.** Limitations in Section **I.**

**4.** **Limitations**

**a.** We will not pay for loss of or damage to:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    **(5)** The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

    **(1)** Glass that is part of the exterior or interior of a building or structure;

    **(2)** Containers of property held for sale; or

    **(3)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

    **(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    **(3)** $2,500 for patterns, dies, molds and forms.

**5.** **Additional Coverages**

**a.** **Debris Removal**

    **(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** Debris Removal does not apply to costs to:

        **(a)** Extract "pollutants" from land or water; or

        **(b)** Remove, restore or replace polluted land or water.

    **(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 9

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

**Example #1**

| Limit of Insurance | $ | 90,000 |
|---|---|---|
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |
| Amount of Loss Payable | $ | 49,500 |
| | ($50,000 − $500) | |
| Debris Removal Expense | $ | 10,000 |
| Debris Removal Expense Payable | $ | 10,000 |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| Limit of Insurance | $ | 90,000 |
|---|---|---|
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable ($80,000 − $500) | $ | 79,500 |
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 =$109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** With respect to buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(c)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**(d)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy, if the collapse is caused by one or more of the following:

**(a)** The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

**(b)** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(c)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(d)** Weight of people or personal property;

**(e)** Weight of rain that collects on a roof;

**(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs

**(a)** through **(e),** we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs **(1)(a)** through **(1)(d)** do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs **(2)(a), (2)(d)** and **(2)(e).**

**(3)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs **(2)(b)** through **(2)(f),** we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

**(4)** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(f)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(3)** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(4)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(5)** This Additional Coverage, Collapse, will not increase the Limits Of Insurance provided in this policy.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy; and

**(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll

expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Mean payroll expenses for all your employees except:

   **i.** Officers;
   **ii.** Executives;
   **iii.** Department Managers;
   **iv.** Employees under contract; and
   **v.** Additional Exemptions shown in the Declarations as:
   - Job Classifications; or
   - Employees.

**(ii)** Include:

   **i.** Payroll;
   **ii.** Employee benefits, if directly related to payroll;
   **iii.** FICA payments you pay;
   **iv.** Union dues you pay; and
   **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(ii)** Ends on the earlier of:

   **i.** The date you could restore your "operations", with

reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

ii. 30 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; and

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of **Section I – Property.**

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records"

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; and

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of **Section I – Property.**

**h. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if their discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The

expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i.   Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins. The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of **Section I – Property.**

**j.   Money Orders And Counterfeit Paper Currency**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit" paper currency that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k.   Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check,

draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l.   Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(6)** The most we will pay under this Additional Coverage, for each described

building insured under **Section I – Property,** is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in **Section I – Property** do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(6)** The Business Income coverage period, as stated in Paragraph **(5),** does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize,

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 15

or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**6. Coverage Extensions**

In addition to the Limits of Insurance of **Section I – Property,** you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

**(a)** If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(i)** Business Personal Property, including such property that you newly acquire, at any location you acquire.

**(ii)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each premises.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable,

while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described

premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Paragraph **B. Exclusions** in **Section I – Property** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense; and

**(f)** Paragraph **B.3**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B. Exclusions** in **Section I – Property** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

B50110.FRM

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.5.** Accounts Receivable Exclusion.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance Or Law**

   **(1)** The enforcement of any ordinance or law:

   **(a)** Regulating the construction, use or repair of any property; or

   **(b)** Requiring the tearing down of any property, including the cost of removing its debris.

   **(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic media and records".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in Paragraphs **(1)** through **(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-Related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic media and records" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An

example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "Specified Cause of Loss" under **Section I – Property,** we will pay only for the loss or damage caused by such "Specified Cause of Loss".

We will not pay for repair, replacement or modification of any items in Paragraphs **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 19

passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others;

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic media and records" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic media and records".

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 20

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic media and records", except as provided for under the Coverage Extensions of **Section I – Property.**

However, we will pay for direct loss or damage caused by lightning.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by

the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**5. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance of **Section I – Property** shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance of **Section I – Property.**

**4. Building Limit – Automatic Increase**

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

   **a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   **b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

   **(1)** The 12 months immediately preceding the date the loss or damage occurs; or

   **(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

   **1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section I – Property.**

   **2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is the Optional Coverage/Glass Deductible shown in the Declarations:

   **a.** Money and Securities;

   **b.** Employee Dishonesty; and

   **c.** Outdoor Signs.

   But this Optional Coverage/Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

   **3.** No deductible applies to the following Additional Coverages:

   **a.** Fire Department Service Charge;

   **b.** Business Income;

   **c.** Extra Expense;

   **d.** Civil Authority; and

   **e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

   **1. Abandonment**

   There can be no abandonment of any property to us.

   **2. Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

   **3. Duties In The Event Of Loss Or Damage**

   **a.** You must see that the following are done in the event of loss or damage to Covered Property:

   **(1)** Notify the police if a law may have been broken.

   **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

   **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

   **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of **Section I – Property.** However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 22

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your ''operations'' as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5.** **Electronic Media And Records Limitation**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to ''electronic media and records'' after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

**Example #1**

A Covered Cause of Loss damages a ''computer'' on June 1. It takes until September 1 to replace the ''computer'', and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

**Example #2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 –

September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

**6.** **Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(8)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **Section I – Property** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 23

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

  **(i)** The actual cash value of the lost or damaged property; or

  **(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

  **(i)** Until the lost or damaged property is actually repaired or replaced; and

  **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

  However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

  **(a)** Used or second-hand merchandise held in storage or for sale;

  **(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

  **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

  **(d)** Manuscripts;

  **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

  **(a)** Replacement cost if you make repairs promptly.

  **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

  If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

  **(c)** Nothing if others pay for repairs or replacement.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 24

**(6)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(7)** Applicable only to the Optional Coverages:

   **(a)** "Money" at its face value; and

   **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(8)** Applicable only to Accounts Receivable:

   **(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

     **(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

     **(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

   **(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

     **(i)** The amount of the accounts for which there is no loss or damage;

     **(ii)** The amount of the accounts that you are able to re-establish or collect;

     **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

     **(iv)** All unearned interest and service charges.

**e.** Our payment for loss or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

   **(1)** We have reached agreement with you on the amount of loss; or

   **(2)** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of **Section I – Property.**

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9. Vacancy**

**a. Description Of Terms**

   **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

     **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

     **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

       **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 25

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under **Section I – Property:**

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Outdoor Signs**
   a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:
      (1) Owned by you; or
      (2) Owned by others but in your care, custody or control.
   b. Paragraph **A.3., Covered Causes Of Loss,** and Paragraph **B., Exclusions** in **Section I – Property,** do not apply to this Optional Coverage, except for:
      (1) Paragraph **B.1.c.,** Governmental Action;
      (2) Paragraph **B.1.d.,** Nuclear Hazard; and
      (3) Paragraph **B.1.f.,** War And Military Action.
   c. We will not pay for loss or damage caused by or resulting from:
      (1) Wear and tear;
      (2) Hidden or latent defect;
      (3) Rust;
      (4) Corrosion; or
      (5) Mechanical breakdown.
   d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.
   e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. **Money And Securities**
   a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:
      (1) Theft, meaning any act of stealing;
      (2) Disappearance; or
      (3) Destruction.
   b. In addition to the Limitations and Exclusions applicable to **Section I – Property,** we will not pay for loss:
      (1) Resulting from accounting or arithmetical errors or omissions;
      (2) Due to the giving or surrendering of property in any exchange or purchase; or
      (3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.
   c. The most we will pay for loss in any one occurrence is:

      (1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:
         (a) In or on the described premises; or
         (b) Within a bank or savings institution; and
      (2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.
   d. All loss:
      (1) Caused by one or more persons; or
      (2) Involving a single act or series of related acts;

      is considered one occurrence.
   e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

3. **Employee Dishonesty**
   a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:
      (1) Cause you to sustain loss or damage; and also
      (2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:
         (a) Any employee; or
         (b) Any other person or organization.
   b. We will not pay for loss or damage:
      (1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.
      (2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:
         (a) Whether acting alone or in collusion with other persons; or
         (b) While performing services for you or otherwise.
      (3) The only proof of which as to its existence or amount is:
         (a) An inventory computation; or
         (b) A profit and loss computation.
   c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 27

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**4. Mechanical Breakdown**

**a.** We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

**(1)** Owned by you or in your care, custody or control; and

**(2)** At the described premises.

**b.** Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

**c.** None of the following is an Accident:

**(1)** Depletion, deterioration, corrosion or erosion;

**(2)** Wear and tear;

**(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(4)** Breakdown of any vacuum tube, gas tube or brush;

**(5)** Breakdown of any "computer", including "computer(s)" used to operate production type machinery or equipment;

**(6)** Breakdown of any structure or foundation supporting the Object or any of its parts;

**(7)** The functioning of any safety or protective device; or

**(8)** The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

B50121.FRM

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units – Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g. Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

**2.** "Counterfeit" means an imitation of an actual valid original which is intended to deceive and to be taken as the original.

**3.** "Electronic media and records" means the following, if owned by you or licensed to you and used in your business:

**a.** Media, meaning disks, tapes, film, drums, cells or other media which are used with electronically controlled equipment.

**b.** Data, meaning information or facts stored on media described in Paragraph **a.** above. Data includes "valuable papers and records" converted to data.

**c.** "Computer" program, meaning a set of related electronic instructions which direct the operations and functions of a "computer" or a device connected to it, which enable the "computer" or device to receive, process, restore, retrieve or send data.

**d.** Software, including systems and applications software.

**4.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**5.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**6.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**7.** "Operations" means your business activities occurring at the described premises.

**8.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 29

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**9.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**10.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**11.** "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**12.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**13.** "Valuable papers and records" means:

**a.** Inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; and

**(3)** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages; and

**b.** "Electronic media and records".

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II – LIABILITY

### A. Coverages

**1. Business Liability**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D –** Liability And Medical Expenses Limits Of Insurance in **Section II – Liability;** and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 30

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

**b.** This insurance applies:

  **(1)** To "bodily injury" and "property damage" only if:

   **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

  **(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f.** **Coverage Extension – Supplementary Payments**

  **(1)** In addition to the Limit of Insurance of **Section II – Liability** we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **(a)** All expenses we incur.

   **(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

   **(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

   **(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **(e)** All costs taxed against the insured in the "suit".

   **(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

  **(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

© ISO Properties, Inc., 2001

BS0124.FRM

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 31

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee:

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

    **(i)** Agrees in writing to:

        **i.** Cooperate with us in the investigation, settlement or defense of the "suit";

        **ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

        **iii.** Notify any other insurer whose coverage is available to the indemnitee; and

        **iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    **(ii)** Provides us with written authorization to:

        **i.** Obtain records and other information related to the "suit"; and

        **ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **2.** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary

Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in **Section II – Liability,** such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **2.f.** above are no longer met.

**2. Medical Expenses**

    **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

        **(1)** On premises you own or rent;

        **(2)** On ways next to premises you own or rent; or

        **(3)** Because of your operations;

    provided that:

        **(a)** The accident takes place in the "coverage territory" and during the policy period;

        **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

        **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of **Section II – Liability.** We will pay reasonable expenses for:

        **(1)** First aid administered at the time of an accident;

        **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

        **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

    **1. Applicable To Business Liability Coverage**

    This insurance does not apply to:

    **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to

"bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 33

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **(i)** Any insured; or

    **(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the ''pollutants'' are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    **(i)** ''Bodily injury'' or ''property damage'' arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of ''mobile equipment'' or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the ''bodily injury'' or ''property damage'' arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    **(ii)** ''Bodily injury'' or ''property damage'' sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    **(iii)** ''Bodily injury'' or ''property damage'' arising out of heat, smoke or fumes from a ''hostile fire''.

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, ''pollutants''.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, ''pollutants''; or

**(b)** Claim or ''suit'' by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, ''pollutants''.

However, this paragraph does not apply to liability for damages because of ''property damage'' that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or ''suit'' by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

''Bodily injury'' or ''property damage'' arising out of the ownership, maintenance, use or entrustment to others of any aircraft, ''auto'' or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and ''loading or unloading''.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the ''occurrence'' which caused the ''bodily injury'' or ''property damage'' involved the ownership, maintenance, use or entrustment to others of any aircraft, ''auto'' or watercraft that is owned or operated by or rented or loaned to any insured.

© ISO Properties, Inc., 2001

B50127.FRM

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 51 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

    **(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h.   Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i.   War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.   Professional Services**

"Bodily injury", "property damage", "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

**k.   Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire or explosion) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limit Of Insurance in **Section II – Liability.**

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 35

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products – completed operations hazard".

**l.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products – completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.   Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web-sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(11)** With respect to any loss, cost or expense arising out of any:

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 36

**(a)** Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**(12)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

**(13)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(14)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in **Section II – Liability** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in **Section II – Liability.**

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products – completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material", if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(i)** Separating the isotopes of uranium or plutonium;

**(ii)** Processing or utilizing "spent fuel"; or

**(iii)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(4)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(5)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(6)** "Property damage" includes all forms of radioactive contamination of property.

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 38

company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

  **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other 'volunteer workers" while performing duties related to the conduct of your business;

  **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

  **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)** or **(b)**; or

  **(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

  **(a)** Owned, occupied or used by,

  **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

  you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  **(1)** With respect to liability arising out of the maintenance or use of that property; and

  **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

  **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

  **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of **Section II – Liability** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

  **a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

  **b.** "Personal and advertising injury" sustained by any one person or organization;

  is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

  The most we will pay for:

  **a.** All "bodily injury" or "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit; and

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 39

**b.** All:

**(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

This Aggregate Limit does not apply to "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner, arising out of fire or explosion.

The Limits of Insurance of **Section II – Liability** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** **Liability And Medical Expenses General Conditions**

**1.** **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2.** **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.** **Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

**b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4.** **Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5.** **Separation Of Insureds**

Except with respect to the Limits of Insurance of **Section II – Liability,** and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 40

**F. Liability And Medical Expenses Definitions**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    **c.** All other parts of the world if the injury or damage arises out of:

        **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

        **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

        **(2)** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

        **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

        **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

            **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical

exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 42

**16.** "Products – completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 43

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

**SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)**

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a covered cause of loss, permanent repairs to the building:

**(a)** Have not started, and

**(b)** Have not been contracted for,

within 30 days of initial payment of loss.

**(3)** The building has:

**(a)** An outstanding order to vacate;

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 30

consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have to right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 44

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    **a.** Are safe and healthful; or

    **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F.** **Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G.** **Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H.** **Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of **Section I – Property.**

**2.** Business Liability Coverage is excess over:

    **a.** Any other insurance that insures for direct physical loss or damage; or

    **b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I.** **Premiums**

**1.** The first Named Insured shown in the Declarations:

    **a.** Is responsible for the payment of all premiums; and

    **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J.** **Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K.** **Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may

waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **(1)** Someone insured by this insurance;

    **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you; or

    **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers. This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring ''suit'' or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 46

**BUSINESSOWNERS**
**BP 01 06 08 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WASHINGTON CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.  Section I – Property** is amended as follows:

1.  Paragraphs **A.2.a.** and **h. Property Not Covered** are replaced by the following:

    **a.**  Aircraft, automobiles or motortrucks; and any other vehicle if such vehicle is subject to licensing requirements;

    **h.**  "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to licensing requirements. This paragraph does not apply to "computer(s)" while held as "stock".

2.  In the sections titled Covered Causes of Loss or Exclusions, any introductory paragraph preceding an exclusion or list of exclusions is replaced by the following paragraph, which pertains to application of those exclusions:

    We will not pay for loss or damage caused by any of the excluded events described below. Loss or damage will be considered to have been caused by an excluded event if the occurrence of that event:

    **a.**  Directly and solely results in loss or damage; or

    **b.**  Initiates a sequence of events that results in loss or damage, regardless of the nature of any intermediate or final event in that sequence.

3.  In Paragraph **B.1.b.(5) Earth Movement** Exclusion, the definition of **Volcanic Action** is replaced by the following:

    **Volcanic Action**

    **(5)**  Volcanic Action means direct loss or damage resulting from the eruption of a volcano when loss or damage is caused by:

    **(a)**  Volcanic blast or airborne shock waves; or

    **(b)**  Ash, dust or particulate matter.

    Volcanic Action does not provide coverage for damage to:

    **(i)**  Land;

    **(ii)**  Property in the open or in open sheds; or

    **(iii)**  Portions of buildings not completely enclosed, or personal property contained within those buildings.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

2.  **Removal**

    Direct loss includes the cost to:

    **a.**  Remove the **ash**, dust or particulate matter from the interior and exterior surfaces of the covered building; and

    **b.**  Clean **equipment** and stock. If stock cannot be returned to its state before the volcanic eruption, the measure of loss will be the reduction in actual cash value.

    Payment for removal applies only to the initial deposit of ash, dust or particulate matter following a volcanic eruption. Subsequent deposits arising from the movements of volcanic dust or ash by wind or other means are not covered.

    The following applies to the Business Income and Extra Expense Additional Coverages only:

    The "period of restoration" arising from the need for removal is the time necessary to remove the matter described with reasonable speed from the Covered Property.

3.  **Volcanic** Action does not include loss caused by, resulting from, contributed to or aggravated by:

    **a.**  Fire;

    **b.**  Explosion;

    **c.**  Flood, surface water, waves (including tidal wave and **tsunami**), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge); or

    **d.**  Earth movement, including but not limited to earthquake, volcanic eruption, landslide, mine subsidence, lava flow, mudflow, earth sinking, earth rising or shifting.

4.  **Paragraph B.1.g. Water** Exclusion is replaced by the following:

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 47

**a.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**b.** Mudslide or mudflow;

**c.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**d.** Water under the ground surface pressing on, or flowing or seeping through:

  **(1)** Foundations, walls, floors or paved surfaces;

  **(2)** Basements, whether paved or not; or

  **(3)** Doors, windows or other openings; or

**e.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a., c.** or **d.,** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies if any of the above, in Paragraphs **a.** through **e.:**

  **(i)** Occurs independently;

  **(ii)** Is caused by an act of nature;

  **(iii)** Is caused by an act or omission of humans or animals; or

  **(iv)** Is attributable to the failure, in whole or in part, of a dam, levee, seawall or other boundary or containment system.

But if any of the above, in Paragraphs **a.** through **e.,** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**5.** Paragraph **B.2.l. Other Types Of Loss** Exclusion is replaced by the following:

**l. Other Types Of Loss:**

  **(1)** Wear and tear;

  **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

  **(3)** Smog;

  **(4)** Settling, cracking, shrinking or expansion;

  **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

  **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

    This exclusion does not apply with respect to breakdown of "computers"; or

  **(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

    But if an excluded cause of loss that is listed in **(1)** through **(7)** results in a "specified causes of loss", building glass breakage or collapse, as provided in the Additional Coverage, Collapse results, we will pay for the loss or damage caused by that "specified causes of loss", building glass breakage or collapse.

**6.** Paragraph **B.3. Exclusions** is replaced by the following:

**3. We** will not pay for loss or damage caused by or resulting from any of the following, **a.** through **c.** But if an excluded cause of loss that is listed in **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

  **(1)** A weather condition which results in:

    **(a)** Landslide, mudslide or mudflow;

    **(b)** Mine subsidence; earth sinking, rising or shifting (other than sinkhole collapse);

    **(c)** Water, as described in Paragraphs **A.4.a.** through **A.4.e.** of this endorsement;

    But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

  **(2)** A weather condition which results in the failure of power communication, water or other utility service supplied to the described premises, if the failure:

    **(a)** Originates away from the described premises; or

    **(b)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

    But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

© Insurance Services Office, Inc., 2010

BP 01 06 08 10
110762 FRM

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 48

c. **Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

7. Paragraph **E. Property Loss Conditions** is amended as follows:

a. The last paragraph of Paragraph **2. Appraisal** does not apply.

b. Paragraph **3.a.(1) Duties In The Event Of Loss Or Damage,** regarding notifying the police if a law may have been broken, does not apply.

c. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date on which the direct physical loss or damage occurred.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail, or certified mail with return receipt requested.

d. Paragraphs **5.d.(1)(a)(ii)** and **5.d.(1)(a)(iii) Loss Payment** are replaced by the following:

(ii) The amount it would cost to replace the damaged item at the time of the loss with new property of similar kind and quality to be used for the same purpose on the same site; or

(iii) The amount you actually spend in repairing the damage, or replacing the damaged property with new property of similar kind and quality.

e. **Subparagraph 5.d.(5) Loss Payment** is replaced by the following:

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs within a reasonable time after loss;

(b) A proportion of your original cost if you do not make repairs within a reasonable time after loss. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

8. **Paragraph F.2. Mortgageholders** Property General Condition is replaced by the following:

Insurance Commissioner's Regulation No. 335/WAC284-21-010 requires that Form **372 (Ed. 11-50)** or Form **438 BFU (Ed. 5-42)** be endorsed on this policy to replace the **Mortgageholders** Property General Condition.

9. The **following** are added to **Section I – Property:**

a. The term actual cash value means:

(1) When the damage to property is economically repairable, actual cash value means the cost of repairing the damage, less reasonable deduction for wear and tear, deterioration and obsolescence.

(2) When the loss or damage to property creates a total loss, actual cash value means the market value of property in a used condition equal to that of the destroyed property, if reasonably available on the used market.

(3) Otherwise, actual cash value means the market value of new, identical or nearly identical property less reasonable deduction for wear and tear, deterioration and obsolescence.

    **b.** The word "vehicles", as used in Section **I –** Property, means vehicles running on land or tracks, but not aircraft.

**B. Section II – Liability** is amended as follows:

    **1.** Paragraph **B.1.e. Employer's Liability** Exclusion applies only to "bodily injury" to "employees" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

    With respect to "bodily injury" to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, Paragraph **B.1.e. Employer's Liability** is replaced by the following:

    **e. Employer's Liability**

      **(1)** "Bodily injury" to an "employee" of the insured arising out of and in the course of:

        **(a)** Employment by the insured; or

        **(b)** Performing duties related to the conduct of the insured's business.

      **(2)** Any obligation to share damages with or repay someone else who must pay damages because of the injury.

    This exclusion does not apply to liability assumed by the insured under an "insured contract".

    **2.** Paragraph **C.2.a.(1) Who Is An Insured** applies only to "employees" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

    With respect to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, Paragraph **C.2.a.(1)** is replaced by the following:

      **(1)** "Bodily injury" or "personal injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business; or

        **(b)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a).**

**C. Section III – Common Policy Conditions** is amended as follows:

    **1.** Paragraph **A. Cancellation** is replaced by the following:

    *A. Cancellation*

    **1.** The first Named Insured shown in the Declarations may cancel this policy by notifying us or the insurance producer in one of the following ways:

      **a.** Written notice by mail, fax or e-mail;

      **b.** Surrender of the policy or binder; or

      **c.** Verbal notice.

    Upon receipt of such notice, we will cancel this policy or any binder issued as evidence of coverage, effective on the later of the following:

      **a.** The date on which notice is received or the policy or binder is surrendered; or

      **b.** The date of cancellation requested by the first Named Insured.

    **2.** We may cancel this policy by mailing or **delivering** to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation at least:

      **a.** Five days before the effective date of cancellation for any structure where two or more of the following conditions exist:

        **(1)** Without reasonable explanation, the structure is unoccupied for more than 60 consecutive days, or at least 65% of the rental units are unoccupied for more than 120 consecutive days unless the structure is maintained for seasonal occupancy or is under construction or repair;

        **(2)** Without reasonable explanation, progress toward completion of permanent repairs to the structure has not occurred within 60 days after receipt of funds following satisfactory adjustment or adjudication of loss resulting from a fire;

        **(3)** Because of its physical condition, the structure is in danger of collapse;

        **(4)** Because of its physical condition, a vacation or demolition order has been issued for the structure, or it has been declared unsafe in accordance with applicable law;

        **(5)** Fixed and salvageable items have been removed from the structure, indicating an intent to vacate the structure;

        **(6)** Without reasonable explanation, heat, water, sewer, and electricity are not furnished for the structure for 60 consecutive days; or

        **(7)** The structure is not maintained in substantial compliance with fire, safety and building codes.

© Insurance Services Office, Inc., 2010

BP 01 06 08 10
110764 FRM

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 45 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice stating the actual reason for cancellation to the first Named Insured **and** the first Named Insured's agent or broker at their last mailing addresses known to us.

**4.** We will also mail or deliver to any **mortgageholder**, pledgee or other person shown in this **policy** to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of cancellation prior to the effective date of cancellation. If cancellation is for reasons other than those contained in Paragraph **A.2.a.** above, this notice will be the same as that mailed or delivered to the first Named Insured. If cancellation is for a reason contained in Paragraph **A.2.a.** above, we will mail or deliver this notice at least 20 days prior to the effective date of cancellation.

**5.** **Notice** of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the **refund** will be pro rata. If the first Named Insured cancels, the refund will be at least 90% of the pro rata refund. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**2.** **Paragraph H.1. Other Insurance** is replaced by the following:

**1.** With respect to insurance provided under Section **I** – Property:

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this policy bears to the limits of insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**3.** **Paragraph I.3. Premiums** is replaced by the **following**:

**3.** The premium must be:

**a.** Paid to us prior to the anniversary date; and

**b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** The following paragraph is added:

**M. Nonrenewal**

**a.** We may elect not to renew this policy by mailing or delivering written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured and the first Named Insured's agent or broker, at their last mailing addresses known to us. We will also mail to any mortgageholder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of nonrenewal. We will mail or deliver these notices at least 45 days before the:

**(1)** Expiration of the policy; or

**(2)** Anniversary date of this policy if this policy has been written for a term of more than one year.

If notice is mailed, proof of mailing will be sufficient proof of notice.

Otherwise, we will renew this policy unless:

**(1)** The first Named Insured fails to pay the renewal premium after we have expressed our willingness to renew, including a statement of the renewal premium, to the first Named Insured and the first Named Insured's insurance agent or broker, at least 20 days before the expiration date;

**(2)** Other coverage acceptable to the insured has been procured prior to the expiration date of the policy; or

**(3)** The policy clearly states that it is not renewable, and is for a specific line, subclassification, or type of coverage that is not offered on a renewable basis.



**OREGON MUTUAL INSURANCE COMPANY**
**BUSINESSOWNERS**
**AMENDATORY ENDORSEMENT**

M2732B (2-17)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. Paragraph **A.1.b.(2) Covered Property** is amended as follows:

   **(2)** Property of others that is in your care, custody or control, except employees' tools, and as provided in Loss Payment Property Loss Condition Paragraph **E.6.d.(3)(b)**;

2. Paragraph **A.2.e. Property Not Covered** is replaced by the following:

   **e.** Radio or television antennas (including satellite dishes) and their lead-in wiring, masts, or towers, signs (other than signs attached to buildings), trees, shrubs or plants, property not covered herein, except as provided in the:

      **(1)** Outdoor property Coverage Extension; or

      **(2)** Outdoor Signs Optional Coverage

3. The following is added to Paragraph **A.2. Property Not Covered**:

   **i.** Fine arts, paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value or artistic merit.

4. The following is added to Paragraph **A.4. Limitations**:

   **d.** **Limit of Insurance:** $3,000 is the most we will pay for loss or damage to memorabilia, souvenirs, collectors' items and similar articles whose age or history contribute to their value.

5. Paragraph **A.6.c. Coverage Extensions – Outdoor Property** is replaced by the following:

   You may extend the insurance provided by this policy to apply to your radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expenses, caused by or resulting from any of the following causes of loss:

   **(1)** Fire;

   **(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

**Limit of Insurance:** The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

6. The following is added to Paragraph **B.2.f Exclusions – Dishonesty**:

   We will not pay for loss or damage caused by or resulting from any dishonest or criminal act committed by the spouse of anyone listed in this paragraph.

7. Paragraph **C.2. Limits of Insurance** is replaced by the following:

   **2.** **Limit of Insurance:** The most we will pay for loss or damage to outdoor signs attached to buildings is the Limit of Insurance shown in the Declarations for the Building to which the sign is attached.

8. Paragraph **C.4. Building Limit – Automatic Increase** is replaced by the following:

   **a.** The Limit of Insurance for Buildings will automatically increase by an annual percentage rate of 5%.

   **b.** The amount of increase will be:

      **(1)** The Building limit that applied on the most recent of:  the policy effective date or any other policy change amending the Building limit, times

      **(2)** The percentage rate of 5%, expressed as a decimal (example: 5% is .05), times

      **(3)** The lesser of the number of days since the effective date of the current policy or the effective date of the most recent policy change amending the Building limit, divided by 365.

   **Example:**

   If: The applicable Building limit is $100,000. The annual percentage increase is 5%. The number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is

   $100,000 x .05 x 146 ÷ 365 = $2,000.

9. The following is added to Paragraph **C. Limits of Insurance**:

    6. **Limit of Insurance:** The most we will pay for the sum of the losses covered under Paragraph **A.5.f. Business Income** and Paragraph **A.5.g. Extra Expense** is the least of the actual loss sustained or $5,000,000.

10. Paragraph **D.2. Deductibles** is replaced by the following:

    2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is $500. Those Optional Coverages are:

        a. Money and Securities;

        b. Employee Dishonesty; and

        c. Outdoor Signs.

    But this Optional Coverage/Glass Deductible will not increase the Deductible Shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

The following is added to Paragraph **D. Deductibles**:

    4. The most we will deduct for loss or damage to all signs at all locations on a policy is $5,000 per "occurrence".

11. Paragraph **G.1.a. Optional Coverages – Outdoor Signs** is replaced by the following:

    a. We will pay for direct physical loss of or damage to all unattached outdoor signs at the described premises:

        (1) Owned by you; or

        (2) Owned by others but in your care, custody or control.

12. Paragraph **G.4. Optional Coverages – Mechanical Breakdown** does not apply.

B. **Section II – Liability** is amended as follows:

1. Paragraph **B.1.g.(5) Exclusions Applicable to Business Liability Coverage – Aircraft, Auto Or Watercraft** is replaced by the following:

This insurance does not apply to:

    (5) "Bodily injury" or "property damage" arising out of:

        (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

        (b) The operation of any of the following equipment:

            (i) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

            (ii) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

2. The following are added to Paragraph **B.1. Exclusions Applicable to Business Liability Coverage**:

This insurance does not apply to:

q. **Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

r. **Distribution Of Material In Violation Of Statutes**

    "Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    (1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    (2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    (3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

s. **"Silica", "Lead" or "Asbestos"**

    (1) "Bodily injury", "property damage", or "personal and advertising injury" that arises out of, or relates in any way to, "silica", "lead" or "asbestos". This exclusion applies to any and all claims, against each and every insured, regardless of the nature of the claim, or the legal or factual theory underlying the claim.

    This exclusion applies but is not limited to:

        a. Any claim or suit by or on behalf of any governmental authority or any other allegedly responsible party because of:

            (1) Assessing the presence, absence or amount or effects of "silica", "lead" or "asbestos";

**(2)** Identifying, sampling or testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of or mitigating "silica", "lead" or "asbestos";

**(3)** Responding to "silica", "lead" or "asbestos" in any way other than as described in **a.(1)** and **a.(2)** above;

**b.** Any request, demand, order or statutory or regulatory requirement that any insured or any other person or entity should be, or should be responsible for:

**(1)** Assessing the presence, absence or amount or effects of "silica", "lead" or "asbestos";

**(2)** Identifying, sampling or testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of or mitigating "silica", "lead" or "asbestos";

**(3)** Responding to "silica", "lead" or "asbestos" in any way other than as described in **b.(1)** or **b.(2)** above;

**c.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the subsections above; or

**d.** Any obligation to share damages with or repay someone else in connection with any of the subsections above

**(2)** This exclusion does not apply to "bodily injury":

**a.** Resulting from the ingestion of goods intended for human consumption;

**b.** Resulting from sudden asphyxiation caused by the collapse of any storage pile or container.

**(3)** For the purpose of this exclusion the following definitions are added:

**a.** "Silica"

The term "silica" includes, but is not limited to, the mineral silicon dioxide and any type or form of it including, but not limited to, silica-containing products, goods, fibers or materials, silica dust, fine particulate dust of siliceous or silicic minerals, and any gasses, vapors, scents or by-products produced or released by silica, silica dust or silica-containing products, goods, fibers or materials. Siliceous or silicic minerals include, but are not limited to, sand, quartz, slate, granite and flint.

**b.** "Lead"

The term "lead" includes, but is not limited to, the element lead, lead compounds or lead contained in any materials.

**c.** "Asbestos"

The term "asbestos" includes, but is not limited to, the mineral asbestos and any type or form of it including, but not limited to, asbestos-containing products, goods, fibers or materials, asbestos dust, fine particulate dust of asbestos miners, and any gasses vapors, scents or by-products produced or released by asbestos, asbestos dust or asbestos-containing products, goods, fibers or materials.

**t. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**u. Copyright, Trademark, Service Mark or Trade Name**

Any claim resulting from infringement of copyright, trademark, service mark or trade name (other than titles or slogans) by use of such marks or names with goods, products or services sold, offered for sale or advertised.

**v. Access or Disclosure of Confidential or Personal Information and Data-related Liability**

**(1)** "Bodily injury", "property damage", or "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information, or

**(2)** Damages arising out of the loss of, or use of, damage to, corruption of, inability to access, or to manipulate electronic data.

This exclusion applies even if damage are claimed for notification cost, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

3. Paragraph **C.3. Who Is An Insured** does not apply.

4. Paragraph **D.4. Liability And Medical Expenses Limit of Insurance – Aggregate Limits** is replaced by the following:

**Limit of Insurance:** The most we will pay for:

a. All "bodily injury" or "property damage" that is included in the "products-completed operations hazard" is the amount shown in the Declarations as the Products – Completed Operations Aggregate Limit; and

b. All:
**(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard";
**(2)** Plus medical expenses;
**(3)** Plus all "personal and advertising injury" caused by offenses committed;
is the amount shown in the Declarations as the General Aggregate Limit.

This Aggregate Limit does not apply to property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner, arising out of fire or explosion.

The Limits of Insurance of **Section II – Liability** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

5. Paragraph **E.3. Liability And Medical Expenses General Conditions – Financial Responsibility Laws** does not apply.

6. Paragraph **F.2. Liability And Medical Expenses Definitions** is replaced by the following:
**2.** "Auto" means:
a. A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or
b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.
But however, "auto" does not include "mobile equipment".

7. The following is added to paragraph **F.12. Liability And Medical Expenses Definitions**:
However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

C. The following is added to the **SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)**

**M. Prenotification**
As a part of our underwriting procedure, an investigative consumer report may be prepared whereby information is obtained through personal interviews with your neighbors, friends, or others with whom you are acquainted. This inquiry includes information as to your character, general reputation, personal characteristics and mode of living. If an investigation is made, you can be assured that it will be handled in the strictest confidence.

If you wish information on the nature and scope of the customer report which may be requested, please send your written request to: Oregon Mutual Insurance Company, P.O. Box 808, McMinnville, Oregon 97128.

If a claim is filed on the insured property, information on the claim may be given to the Property Insurance Loss Register (PILR) for use by insurance companies in investigating the legitimacy of that claim as well as other claims for loss on the property. Information which will be given to the PILR may include name, age and sex, current and previous addresses, loss location, insurance policy information, cause of loss, type of property, and identification of others who have an interest in the property or who are involved in the claimed loss.

Such information may be collected by an insurer or an adjuster by questioning you, your spouse or others who have an interest in the property, those who are involved in the claimed loss, and fire department personnel. Information on you will be given by PILR to insurance companies which subscribe to its services for use in investigating other claimed losses.

**N.   Mutual Policy Conditions**

This policy is issued by a mutual Company having special regulations lawfully applicable to its organization, membership, policies or contracts of insurance, of which the following shall apply to and form a part of this policy:

By virtue of purchasing this policy the Insured is a member of the Oregon Mutual Insurance Company and is hereby notified that the annual meetings of the Company are held at or near the immediate vicinity of the home office in the city of McMinnville, Oregon 97128, on the first Tuesday in March of each year, at 10:00 AM for the purpose of transacting the general business of the Company and for the election of directors. This notice shall be deemed full notice of the annual meeting. This policy is Nonassessable. The holder of this policy is not subject to any contingent liability, nor liable to assessment.

IN WITNESS WHEREOF the Company has caused this policy to be signed by its president and secretary but this policy shall not be valid unless completed by the attachment hereto of a declarations page and countersigned on the Declaration Page by a duly authorized representative of the Company.

Steven L. Patterson
President



**OREGON MUTUAL INSURANCE COMPANY**
**BUSINESSOWNERS XTREME CLUSTER ENDORSEMENT**

M2864B (2-17)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS COVERAGE FORM

**PROPERTY COVERAGE SUMMARY**

This is a summary of the property coverages provided by this endorsement. This is only a summary and the policy language is the sole basis of your coverage. These coverages are subject to the provisions applicable to **Section I – Property** and **Section III – Common Policy Conditions** of the Businessowners Coverage Form and the provisions of the **Businessowners Amendatory Endorsement** unless otherwise noted in this endorsement. If there is coverage for the same loss or damage in either the Businessowners Coverage Form or other endorsements attached to the policy the limits provided in this endorsement will be paid in excess of those other limits.

Refer to the following pages for coverage details.

| | | | |
|---|---|---|---|
| 1. | Accounts Receivable | At The Described Premises | $25,000 |
| | | Not At The Described Premises | $7,500 |
| 2. | Arson Reward | | $5,000 |
| 3. | Attached Outdoor Signs | Included In Business Personal Property | |
| 4. | Business Income From Computer Operations And Websites | | $10,000 |
| 5. | Business Income From Dependent (Including Supporting) Properties | | $50,000 |
| 6. | Business Income From Mobile Operations | | $25,000 |
| 7. | Business Income From Newly Acquired Premises Or Constructed Premises | | $250,000 |
| 8. | Business Personal Property At Described Premise Or In The Open | | 1,000 Feet |
| 9. | Brands And Labels | Included In Business Personal Property | |
| 10. | Computer Fraud | | $10,000 |
| 11. | Computers Off Premises Including World Wide Coverage | | $20,000 |
| 12. | Damage To Leased Property | Included In Business Personal Property | |
| 13. | Debris Removal | | $50,000 |
| 14. | Electronic Data Processing Media Extra Expense | | $10,000 |
| 15. | Emergency Management Expense | | $10,000 |
| 16. | Emergency Vacating Premises Expense | | $5,000 |
| 17. | Employee Dishonesty | | $50,000 |
| 18. | Employee Tools | | $10,000 |
| 19. | ERISA Extension | Included In Employee Dishonesty Limit | |
| 20. | Errors And Omissions In Describing A Premises Or Location | Included In Section I Limits | |
| 21. | Extended Business Income (Resumption Of Full Operations) | | 180 Days |
| 22. | Fine Arts | | $25,000 |
| 23. | Fire Department Service Charges And Replacement Of Fire Extinguishing Materials | | $25,000 |
| 24. | Forgery And Alteration | | $50,000 |
| 25. | Ingress Or Egress Due To Direct Damage To Premises Other Than Scheduled Premises | | $25,000 |
| 26. | Inventory And Appraisal Cost | | $10,000 |
| 27. | Lost Key And Lock Replacement | | $10,000 |
| 28. | Mechanical Breakdown Of Computer Equipment | | $10,000 |

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 57

29. Money And Securities ................................................................................................ Inside The Premises  $10,000
    Outside The Premises  $10,000
30. Money Orders And Counterfeit Paper Currency ................................................................................. $25,000
31. Newly Acquired Or Constructed Property ............................................................................ Buildings $1,000,000
    Business Personal Property $500,000
    180 Days
32. Ordinance Or Law – Building Coverage ......................................................................... Coverage A = Building Limit
    Coverage B & C = $250,000 Or 10% Of The Building Limit
33. Ordinance Or Law – Increased Period Of Restoration ........................................................................ Included
34. Outdoor Property ................................................................................... $10,000/$500 Per Tree Shrub Or Plant
35. Outdoor Unattached Signs ........................................................................................................... $50,000
36. Pairs Or Sets ................................................................................ Included In Business Personal Property
37. Permanent Outdoor Structures For Trash Bins .................................................................................. $5,000
38. Personal Effects ....................................................................................................................... $10,000
39. Personal Property Off Premises ................................................................................................... $50,000
40. Pollution Clean Up And Removal ................................................................................................. $50,000
41. Property Of Others ..................................................................................................................... $25,000
42. Spoilage Of Perishable Stock ...................................................................................................... $15,000
43. Unauthorized Business Card Use ................................................................................................... $5,000
44. Utility Services – Direct Damage .................................................................................................. $25,000
45. Utility Services – Time Element ................................................................................................... $25,000
46. Valuable Papers And Records ......................................................................... At The Described Premises  $50,000
    Not At The Described Premise  $15,000
47. Vehicle Damage To Leased Property ............................................................................................ $100,000
48. Water Back Up and Sump Pump Overflow ..................................................................................... $100,000

**LIABILITY COVERAGE SUMMARY**

This is a summary of the liability coverages provided by this endorsement. This is only a summary and the policy language is the sole basis of your coverage. These coverages are subject to the provisions applicable to **Section II – Liability** and **Section III – Common Policy Conditions** of the Businessowners Coverage Form and the applicable provisions of the **Businessowners Amendatory Endorsement** unless otherwise noted in this endorsement. If there is coverage for the same loss or damage in either the Businessowners Coverage Form or other endorsements attached to the policy the limits provided in this endorsement will be paid in excess of those other limits.

Refer to the following pages for coverage details.

1. Bailees Coverage ....................................................................................................................... $25,000
2. Blanket Additional Insured For Special Events ............................................................................... Included
3. Claims Data Expense .................................................................................................................... $5,000
4. Employment Related Practices Liability Insurance .......................................................................... $25,000
5. Product Recall .......................................................................................................................... $25,000
6. Waiver Of Subrogation When Required By Contract ......................................................................... Included

# EXHIBIT A



**OREGON MUTUAL INSURANCE COMPANY**
**BUSINESSOWNERS XTREME CLUSTER ENDORSEMENT**

M2864B (2-17)

## SECTION I – PROPERTY

1. **Accounts Receivable**

   Paragraph **A.6.f (2)** Coverage Extensions, Accounts Receivable under **Section I – Property** is replaced with:

   (2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000. This is in addition to any limits shown for accounts receivables in the Declarations.

   For accounts receivables not at the described premises the most we will pay is $7,500.

2. **Arson Reward**

   We will pay an additional amount of $5,000 as a reward for information leading to an arson conviction for damage to covered property.

   No deductible applies to this Additional Coverage.

3. **Attached Outdoor Signs**

   The following is added to paragraph **A.1.b.** Covered Property, Business Personal Property under **Section I – Property**:

   (6) Attached outdoor signs, if you are a tenant and no Limit of Insurance is shown in the Declaration for Building property. The sign must be owned by you or in your care, custody or control.

4. **Business Income From Computer Operations And Websites**

   A. We will pay for actual loss of "Business Income" you sustain during the "period of restoration" due to the suspension of "operations" caused by an interruption of "computer" operations due to "Specified Causes of Loss", or an "e-commerce incident".

   B. "E-commerce incident" means:

      1. A virus;

      2. Malicious code; or

      3. Denial of service attack;

      that is introduced into or enacted upon in the "computer", the electronic data stored in the "computer" or a network connected to your "computer" that is designed to damage, destroy, delete, corrupt or prevent use of or access to any part of the "computer" or otherwise disrupt its normal operation.

   C. For the purposes of this coverage, "Business Income" means net income or loss that would have been earned or incurred if no direct physical damage or "e-commerce incident" had occurred, and the continuing normal operating expenses incurred including payroll.

   D. The most we will pay for this Additional Coverage is $10,000 in any one policy period.

   E. We will only pay under this coverage if the "period of restoration" lasts more than 12 consecutive hours.

5. **Business Income From Dependent (Including Supporting) Properties**

   Paragraph **A.5.m.(1)** Additional Coverages, Business Income From Dependent Properties, under **Section I – Property** has been replaced with:

   (1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from a Covered Cause of Loss.

   The most we will pay under this Additional Coverage is $50,000, or the actual loss of Business Income you sustain during the first 30 consecutive calendar days following the date of direct physical loss or damage at the premises of the dependent property, whichever is less.

6. **Business Income From Mobile Operations**

   A. We will pay for actual loss of "Business Income" you sustain due to the suspension of your "mobile operation" during the "period of restoration" caused by direct physical loss or damage to "mobile equipment" or "autos", as defined in **Section II – Liability**, away from your described premises. The direct loss or damage must be caused by a Covered Cause of Loss, including collision.

   B. "Mobile operation" means your business activities away from the described premises involving the use of your "mobile equipment" or "auto".

   C. We will reduce the amount of your "Business Income" loss to the extent you can resume your "mobile operation" in whole or in part by using substitute "mobile equipment" or "autos".

   D. We will only pay for loss of "Business Income" you sustain within 30 consecutive calendar days from the date of the direct physical damage or loss.

   E. "Business Income" means net income or loss that would have been earned or incurred if no direct physical damage or loss had occurred, and the continuing normal operating expenses incurred including payroll.

   F. The most we will pay for this Additional Coverage is $25,000 in any one occurrence.

   G. We will only pay under this coverage if the "period of restoration" lasts more than 12 consecutive hours.

7. **Business Income From Newly Acquired Or Constructed Premises**

The following is added to paragraph **A.5.f.** Additional Coverages, Business Income under **Section I – Property**:

(5) Business Income Extension

(a) Newly Acquired or Constructed Premises

(i) We will pay for Business Income Coverage at property at a premises you acquire or construct other than at fairs or exhibitions.

(ii) The most we will pay for loss or damage under this Extension is $250,000 at each premises for any one occurrence.

(iii) Coverage under this Extension for each newly acquired or constructed premises will end when any of the following occurs:

i. The policy expires;

ii. 60 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

iii. You report values to us.

8. **Business Personal Property At Described Or Premises In The Open**

Under **Section I – Property**, coverage described in Paragraph **A.1.b.** applies within 1,000 feet of the described premises.

Coverage Extensions under paragraph **A.6.** under **Section I – Property** apply within 1,000 feet of the described premises except as otherwise provided.

9. **Brands And Labels**

The following is added to paragraph **E.6.** Loss Payment Conditions under **Section I – Property** of the policy:

h. If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may, at your own expense:

(1) Stamp 'salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

(2) Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

No Deductible applies to this coverage.

10. **Computer Fraud**

A. We will pay for loss resulting directly from a fraudulent entry of electronic data or computer program into or change of electronic data or computer program within any computer system owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes "money" or "securities" or other property of intrinsic value to be debited, deleted, or transferred from inside your premises, or a banking institution or similar safe depository to another person (other than a messenger) to a premises other than the premises described in the Declarations.

B. The most we will pay under this Additional Coverage is $10,000 in any one policy period.

C. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

11. **Computers Off Premises Including World Wide Coverage**

A. We will pay Covered Causes of Loss to laptops, palmtops, tablets, and similar portable computer equipment, personal digital assistants, and related accessories anywhere in the world including in transit.

B. We will not pay for loss to property checked as luggage while in transit.

C. The most we will pay for this Additional Coverage is $20,000 in any one occurrence.

D. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

12. **Damage To Leased Property**

The following is added to Paragraph **A.1.b.** Covered Property, Business Personal Property under **Section I – Property**:

(7) If you are a tenant, that portion of the building that is your contractual responsibility to insure is included in your business personal property.

This is not additional coverage.

13. **Debris Removal**

Paragraph **A.5.a.(4)** Additional Coverages, Debris Removal under **Section I – Property** is replaced with the following:

(4) We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

14. **Electronic Data Processing Media Extra Expense**

A. We will pay your necessary extra expense to continue normal operations following loss or damage to your electronic data processing media from a Covered Cause of Loss. The most we will pay under this Extension is $10,000 in any one occurrence.

B. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

15. **Emergency Management Expense**

A. We will pay for the reasonable expenses for the "media and public relations expenses" to help manage communication regarding the emergency event you incur resulting from an emergency event that involves:

1. An actual, attempted or threatened felony or act of violence, such as a kidnapping, extortion, armed robbery, assault, stalking or use of a firearm.

2. An incident or event involving an accident, such as an explosion, fire or workplace accident.

The event must have been witnessed by or involved one or more of your customers, tenants or employees.

B. "Media and public relations expenses" mean expenses incurred to manage communication to the public, employees and customers regarding:

1. Facts of the emergency event;
2. Steps taken for remediation and prevention of future events;
3. Plans to resume business operations.

C. Under this coverage we will not pay for:

1. Any activity planned by you, your partners or officers;
2. Strike or labor dispute;
3. False alarm or false bomb threat;
4. Any third party liability;
5. Any natural disaster including flood, earthquake, volcanic action and windstorm;
6. Any of the following to the extent they are already excluded or limited under this policy:

(a) Government Action;
(b) Nuclear Hazard;
(c) War and Military Action;
(d) Terrorism

No other exclusions or limitation in your policy apply to this Additional Coverage.

D. The most we will pay for this Additional Coverage is $10,000. Costs must have been incurred during the first 60 days after the occurrence of the emergency event.

E. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

16. **Emergency Vacating Premises Expense**

A. We will pay the necessary and reasonable expenses you incur for the emergency vacating of the premises described in the Declarations due to:

1. A condition in the described premises that would cause harm or loss of life to your customers; or

2. Imminent danger arising from an event that occurred away from the described premises.

B. We will not pay for emergency vacating of premises arising out of:

1. Strike or labor dispute;
2. False alarm; or
3. Planned evacuation drill.

C. The most we will pay under this Additional Coverage is $5,000.

D. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

17. **Employee Dishonesty**

Paragraph **G.3.c.** Optional Coverages, Employee Dishonesty under **Section I – Property** is amended to:

c. The most we will pay for the loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations plus $50,000.

18. **Employee Tools**

The following is added to paragraph **A.1.b.** Covered Property, Business Personal Property under **Section I – Property**:

(6) Employee Tools

The following is added to paragraph **A.4.** Limitations:

d. The most we will pay for loss or damage to Employee Tools in any one occurrence is $10,000. The most we will pay for loss or damage to any one item or tool is $2,000.

The following paragraph is added to **A.6.** Coverage Extensions, under **b.** Personal Property Off Premises:

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 62

You may extend the insurance provided by this policy to apply to Employee Tools within the course of transit in a mobile repair unit. The most we will pay for loss or damage under this extension is $10,000 but no more than $2,000 for any one item or tool.

The deductible applicable to **Section I – Property** of the policy applies to this coverage.

19. **ERISA Extension**

The following is added to paragraph **G.3.** Optional Coverages, Employee Dishonesty under **Section I – Property**:

j. In Compliance with certain provisions of the Employee Retirement Income Security Act (ERISA);

(1) Employee also includes any natural person who is:

(a) A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any "employee benefit plan(s)" (herein after called Plan) insured under this insurance; and

(b) Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

(2) If any Plan is insured jointly with any other entity under this policy, you or the Plan Administrator must select a Limit of Insurance for this Optional Coverage that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(3) If the Insured first named in the Declarations that apply to this policy is an entity other than a Plan, any payment we make to you for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

(4) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more plans; or

(b) Of commingled funds or other property of two or more Plans;

that arises out of one occurrence, is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

(5) The Deductible provision contained in this policy does not apply to loss sustained by any Plan subject to ERISA which is insured under this Optional Coverage.

(6) "Employee benefit plan(s)" means any welfare or pension benefit plan that is subject to the Employee Retirement Income Security Act of 1974 (ERISA).

20. **Errors And Omissions In Describing A Premises Or Location**

The following is added to paragraph **E.6.** Loss Payment Conditions under **Section I – Property** of the policy:

i. You will not be penalized because of any unintentional error or omission you may make in listing or describing a premises or location to be covered under this policy.

No Deductible applies to this coverage.

21. **Extended Business Income (Resumption Of Operations)**

Paragraph **A.5.f.(2)(a)(ii)ii.** Additional Coverages, Extended Business Income under **Section I – Property** is replaced with:

ii. 180 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

22. **Fine Arts**

A. We will pay for loss or damage to your "fine arts" at the described premises if loss or damage is caused by or results from Covered Cause of Loss. Your "fine arts" under this Additional Coverage will be valued at their market value at the time of loss.

B. The most we will pay for "fine arts" at any premises described in the Declarations is $25,000.

C. "Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value or artistic merit.

D. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

23. **Fire Department Service Charge And Replacement Of Fire Extinguishing Materials**

Paragraph **A.5.c.** Additional Coverages, Fire Department Service Charge under **Section I – Property** is replaced by the following:

(1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for fire department service charges:

(a) Assumed by contract or agreement prior to loss; or

(b) Required by local ordinance.

(2) We will pay the cost of foam solutions, dry chemicals, halon or other fire extinguishing materials to recharge Fire Extinguishers which have been lost, expended, damaged, or destroyed when caused by or resulting from a Covered Cause of Loss at the premises described in the Declarations or adjacent to such property.

(3) No deductible applies to this coverage.

24. **Forgery And Alteration**

Paragraph **A.5.k.(3)** Additional Coverages, Forgery Or Alteration under **Section I – Property** is replaced with:

(3) The most we will pay for any loss including legal expenses, under this Additional Coverage is $50,000. This coverage is in addition to any limit shown in the Declaration.

25. **Ingress Or Egress Due To Direct Damage To Premises Other Than Scheduled Premises**

A. We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused when ingress or egress to the described premises is physically prevented due to direct loss or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

B. For the purposes of this coverage, the definition in paragraphs **A.5.f.(1)(c)** and **A.5.g.(2)** Additional Coverages, Business Income and Extra Expense under **Section I – Property** apply.

C. The most we will pay is under this Additional Coverage is $25,000.

D. We will only pay under this coverage if the covered ingress or egress is prevented for more than 12 consecutive hours.

26. **Inventory And Appraisal Cost**

A. We will pay for the cost of any inventory or appraisal required by paragraph **E.2.** Property Loss Conditions under **Section I – Property** that is a result of direct physical loss or damage to covered property caused by or resulting from a Covered Cause of Loss.

B. The most we will pay for this Additional Coverage is $10,000.

C. No deductible applies to this Additional Coverage.

27. **Lost Key And Lock Replacement**

A. We will pay the necessary expenses you incur from a Covered Cause of Loss to:

1. Replace locks;
2. Re-key the locks;
3. Install new lock cylinders;
4. Provide new master keys;
5. Replace existing locks with new locks of like kind and quality.

B. The most we will pay for this Additional Coverage is $10,000.

C. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

28. **Mechanical Breakdown Of Computer Equipment**

A. Computer Equipment

We will pay for direct physical loss of or damage to covered computer equipment inside your building for:

1. Mechanical breakdown or machinery breakdown;
2. Short circuit, blow-out, or other electrical damage to electrical equipment, apparatus, or devices, including wiring.

B. Data or Media

We will pay for direct physical loss or damage to your data or media caused when your computer equipment mechanically breaks down or malfunctions while data is being run through the system. We will pay for direct physical loss or damage to your data or media caused by electrical or magnetic injury, disturbance, or erasure of electronic recordings provided that the damage occurs inside your building.

C. Coverage Restriction

We will not pay for loss or damage caused by any change in your electric power supply, such as interruption, power surge, or brown out, if the change originates more than 100 feet from the building containing your computer equipment.

D. Limit of Insurance

The most we will pay for loss or damage in any one occurrence is $10,000.

E. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

29. **Money And Securities**

Paragraph **G.2.c.** Optional Coverages, Money And Securities under **Section I – Property** is replaced with:

c. The most we will pay for loss in any one occurrence is:

(1) $10,000 in addition to any limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The most we will pay for loss in any one occurrence is $10,000 in addition to any limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 64

30. **Money Orders And Counterfeit Paper Currency**

The last paragraph of **A.5.j.** Additional Coverages, Money Orders And Counterfeit Paper Currency under **Section I – Property** is replaced with:

The most we will pay for any loss under this Additional Coverage is $25,000.

31. **Newly Acquired Or Constructed Property**

The last paragraphs of **A.6.a.(1)** and **(2)** Coverage Extensions, Newly Acquired Or Constructed Property under **Section I – Property** are replaced with:

(1) Buildings

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

(2) Business Personal Property

The most we will pay for loss or damage under this Extension is $500,000 at each premises.

Paragraph **A.6.(3)(b)** Period of Coverage is replaced with:

(b) 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property, or

32. **Ordinance Or Law – Building Coverage**

A. We will not pay under Coverage A, B, and/or C of this Ordinance Or Law coverage for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

B. Coverage A - Coverage for Loss to the Undamaged Portion of the Building.

1. If a Covered Cause of Loss occurs to covered building property, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. is in force at the time of loss.

2. If Replacement Cost Coverage applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to covered building property, including loss caused by enforcement of an ordinance or law, than the lesser of:

   a. the amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

   b. the Limit of Insurance applicable to the covered building.

3. If Replacement Cost Coverage applies and the property is not repaired or replaced; or if Replacement Cost Coverage does not apply, we will not pay more for loss or damage to covered building property, including loss caused by enforcement of an ordinance or law, than the lesser of:

   a. the actual cash value of the building at the time of loss; or

   b. the Limit of Insurance applicable to the covered building property.

4. Coverage A does not increase the Limit of Insurance for covered building property shown in the Declarations.

5. The terms of this Additional Coverage apply separately to each covered building.

C. Coverage B – Demolition Cost Coverage

1. If a Covered Cause of Loss occurs to covered building property, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

2. We will not pay under this Additional Coverage the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

3. We will not pay more under Coverage B - Demolition Cost Coverage than the lesser of the following:

   a. the amount you actually spend to demolish and clear the site of the described premises; or

   b. the amount shown in paragraph E., Limit of Insurance.

4. The terms of this Additional Coverage apply separately to each covered building.

D. Coverage C - Increased Cost of Construction Coverage

1. If a Covered Cause of Loss occurs to covered building property, we will pay for the increased cost to repair, rebuild or construct the covered building property caused by enforcement of building, zoning or land use ordinance or law. If the covered building property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

2. We will not pay under this Additional Coverage for:

   a. the increased cost of construction if the building is not repaired or replaced; or

   b. the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, cleanup, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

3. We will not pay under Coverage C – Increased Cost of Construction Coverage:

   a. until the property is actually repaired or replaced, at the same or another premises; and

   b. unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

4. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

   a. the increased cost of construction at the new premises; or

   b. the amount shown in paragraph E., Limit of Insurance.

5. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

   a. the increased cost of construction at the new premises; or

   b. the amount shown in paragraph E., Limit of Insurance.

6. The terms of this Additional Coverage apply separately to each covered building.

E. Limit of Insurance

The most we will pay for coverages B & C combined is 10% of the Limit of Insurance applicable to the covered building property shown in the Declarations or $250,000 whichever is less.

F. Definitions Applicable to This Coverage

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

G. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

33. **Ordinance Or Law – Increased Period of Restoration**

A. If a Covered Cause of loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period suspension of "operations" caused by or resulting from a requirement to comply with any ordinance of law that:

1. Regulates the construction or repair of any property;

2. Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

3. Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused or resulting from the enforcement of or compliance with any ordinance or law which requires:

1. The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria, or

2. Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or asses the effects of "pollutants", "fungus", wet or dry rot or bacteria.

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

B. The period of restoration definition with respects to this coverage is replaced with:

"Period of restoration" means the period of time that:

Begins immediately of the time of direct physical damage loss or for Extra Expense, caused by or resulting from any Covered Cause of Loss at the premises described, and

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 66

Ends on the earlier of:

1. The date when the property at the premises described should be repaired, rebuilt, or replaced with reasonable speed and similar quality; or

2. The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, inforce at the time of loss, that regulations reconstruction or repair, or requires the tearing down of any property.

The expiration of this policy will not cut short the "period of restoration".

34. **Outdoor Property**

Paragraph **A.5.** of the **Businessowners Amendatory Endorsement** does not apply.

The following replaces paragraph **A.6.c.** Coverage Extensions, Outdoor Property of **Section I – Property** of the policy.

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, retaining walls, radio and television antennas, trees, shrubs and plants (other than stock of trees, shrubs, or plants), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion;

(5) Aircraft;

(6) Vehicle Damage; or

(7) Vandalism or Malicious Mischief.

The most we will pay for loss or damage under this Extension is $10,000 but not more than $500 for any one tree, shrub or plant.

The deductible applicable to **Section I – Property** of the policy applies to this coverage.

35. **Outdoor Unattached Signs**

Paragraph **A.13.** of the **Businessowners Amendatory Endorsement** does not apply.

Paragraph **G.1.** Optional Coverages, Outdoor Signs under **Section I – Property** is replaced with the following:

a. We will pay for direct physical loss of or damage to all outdoor unattached signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

Paragraph **G.1.d.** is replaced with the following:

d. The most we will pay for loss or damage in any one occurrence is $50,000.

36. **Pairs Or Set**

A. We will pay for any reduction in value of the undamaged part of a pair or set of stock that are damaged by a Covered Cause of Loss.

B. Pair or set of stock means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

C. This coverage is included in your Business Personal Property Limit.

37. **Permanent Outdoor Structures For Trash Bins**

A. We will pay for direct physical loss or damage to permanent outdoor structures designed to contain trash or recycling bins at the described premises:

1. Owned by you; or

2. Owned by others but in your care, custody or control.

B. Paragraph **A.3.** Covered Causes of Loss, and Paragraph B. Exclusions in **Section I – Property**, do not apply to this Coverage, except for:

1. Paragraph **B.1.c.,** Governmental Action;

2. Paragraph **B.1.d.,** Nuclear Hazard; and

3. Paragraph **B.1.f.,** War and Military Action.

C. We will not pay for loss or damage caused by or resulting from:

1. Wear and tear;

2. Hidden or latent defect;

3. Rust;

4. Corrosion; or

5. Mechanical breakdown.

D. The most we will pay for loss or damage in any one occurrence is $5,000.

E. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

38. **Personal Effects**

Paragraph **A.6.d.** Coverage Extensions, Personal Effects under **Section I – Property** is replaced with:

You may extend the insurance that applies to Business Personal Property to apply to personal effect owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to tools or equipment used in your business.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises.

The deductible applicable to **Section I – Property of** the policy applies to this coverage.

39. **Personal Property Off Premises**

Paragraph **A.6.b.** Coverage Extensions, Personal Property Off Premises under **Section I – Property** is replaced with:

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivables while the property is in the course of transit; temporarily at a premises you do not own, lease or operate; or, if the Named Insured is a sole proprietor, at the Named Insured's place of residence.

We will also pay for direct physical loss of or damage to display booths and related equipment and Business Personal Property owned by you, or owned by others but in your care, custody or control, while being used at or transported to or from events away from you premises.

The most we will pay for loss or damage under this Extension is $50,000.

The deductible applicable to **Section I – Property** of the policy applies to this coverage.

40. **Pollution Clean Up And Removal**

The last paragraph of **A.5.h.** Additional Coverages, Pollutant Clean Up And Removal under **Section I – Property** is replaced with:

The most we will pay for each location under this Additional Coverage is $50,000 for the sum of all such expenses arising out of a Covered Cause of Loss occurring during each separate 12 month period of this policy.

41. **Property Of Others**

Paragraph **A.1.** of the **Businessowners Amendatory Endorsement** is amended to include:

However, paragraph **E.6.d.(3)(b)** does not apply to the first $25,000 of loss under this coverage.

The deductible applicable to **Section I – Property** of the policy applies to this coverage.

42. **Spoilage of Perishable Stock**

**Section I – Property** of the Policy is extended to insure against direct physical loss of or damage to perishable stock.

The following provisions (A. through I. inclusive) apply to the coverage provided herein:

A. Paragraph **A.1. Covered Property** is replaced by the following:

1. **Covered Property**

Covered Property means "perishable stock" at the described premises, if the "perishable stock" is:

a. Owned by you and used in your business; or

b. Owned by others and in your care, custody or control.

Property described by b. above is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials, or services furnished or arranged by you on that property.

B. The following is added to Paragraph **A.2. Property Not Covered**;

i. Property located:

(1) On buildings;

(2) In the open; or

(3) In vehicles.

C. Paragraph **A.3. Covered Causes Of Loss** is replaced by the following:

3. **Covered Causes Of Loss**

Subject to the exclusions described in item D. herein, Covered Causes of Loss means the following:

a. Breakdown or Contamination, meaning:

(1) Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises; or

(2) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

b. Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

D. Paragraph **B. Exclusions** is replaced by the following:

B. **Exclusions**

1. Of the Exclusions contained in paragraph **B.1.** only the following apply to Spoilage Coverage:

b. Earth Movement;

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 68

    c.   Governmental Action;

    d.   Nuclear Hazard;

    f.   War and Military Action; and

    g.   Water.

2. The following Exclusions are added:

    We will not pay for loss or damage caused by or resulting from:

    a.   The disconnection of any refrigerating, cooling or humidity control system from the source of power.

    b.   The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

    c.   The inability of an electrical utility company or other power source to provide sufficient power due to:

        (1)  Lack of fuel; or

        (2)  Governmental order.

    d.   The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

    e.   Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

E. Limit of Insurance

   The most we will pay for loss or damage to "Perishable Stock" in any one "occurrence" is $15,000.

F. Conditions

1. Paragraph **E.6.d. Property Loss Conditions** is replaced by the following:

    d.   We will determine the value of Covered Property as follows:

        (1)  For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

        (2)  For other "perishable stock", at actual cash value.

G. Paragraph **G. Optional Coverages** does not apply.

H. The following is added to the DEFINITIONS: "Perishable Stock" means property:

1. Maintained under controlled temperature or humidity conditions for preservation; and

2. Susceptible to loss or damage if the controlled temperature or humidity conditions change.

I. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

43. **Unauthorized Business Card Use**

A. We will pay for your loss of money or charges and costs you incur directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

   1.   Funds transfer card;

   2.   Charge plates;

   3.   Telephone cards; or

   4.   NFC – installed phone or other mobile payment device.

B. The most we will pay under this Additional Coverage extension in any one occurrence is $5,000.

C. We will not pay for the theft or unauthorized use of a business card entrusted to other or your employees.

D. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

44. **Utility Services – Direct Damage**

A. We will pay for loss of or damage to Covered Property at the described premises, caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph C. of this coverage.

B. Coverage under this endorsement for loss or damage to Covered Property does not apply to loss or damage to "electronic data" including destruction or corruption of "electronic data".

C. Utility Services

1. Water Supply Property, meaning the following types of property supplying water to the described premise:

    a.   Pumping Stations; or

    b.   Water mains.

2. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave, or television services to the described premises, such as:

    a.   Communication transmission lines including fiber optic transmission lines;

    b.   Coaxial cables;

    c.   Microwave radio relays except satellites; or

    d.   Digital signal processors.

3. Power Supply Property, meaning the following types of property supplying electricity, steam, or gas to the described premises:

    a.   Utility generating plants;

    b.   Switching stations;

    c.   Transformers; or

    d.   Transmission lines.

D. The most we will pay for loss or damage under this coverage is $25,000.

E. "Electronic Data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

F. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

45. **Utility Services – Time Element**

A. We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph C. of this coverage part.

B. Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility services which causes loss or damage to the "electronic data", including destruction or corruption of "electronic data".

C. Utility Services

1. Water Supply Property, meaning the following types of property supplying water to the described premise:
   a. Pumping Stations; or
   b. Water mains.
2. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave, or television services to the described premises, such as:
   a. Communication transmission lines including fiber optic transmission lines;
   b. Coaxial cables;
   c. Microwave radio relays except satellites; or
   d. Digital signal processors.
3. Power Supply Property, meaning the following types of property supplying electricity, steam, or gas to the described premises:
   a. Utility generating plants;
   b. Switching stations;
   c. Transformers; or
   d. Transmission lines.

D. The most we will pay for loss or damage under this coverage is $25,000.

E. We will only pay under this coverage if the covered interruption of services lasts more than 12 consecutive hours.

F. "Electronic Data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

46. **Valuable Papers And Records**

Paragraph **A.6.e.(3)** Coverage Extensions, Valuable Papers and Records under **Section I – Property** is replaced with:

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $50,000. This amount is in addition to any Limit of Insurance for "valuable papers and records" shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $15,000.

47. **Vehicle Damage To Leased Property**

The following is included under paragraph, **A.1.** Covered Property of **Section I – Property:**

We cover against risks of direct physical loss caused by "vehicle damage" to leased property consisting of buildings, machinery and equipment, fixtures, pumps and tanks, and outdoor equipment. This leased property must pertain to the maintenance, service or occupancy of the insured premises and is covered only while on the insured premises. The most we will pay for loss or damage from Vehicle Damage to Leased Property is $100,000 per occurrence.

"Vehicle damage" means direct physical loss resulting from actual physical contact of a land motor vehicle with the leased property described in this section.

The deductible applicable to **Section I – Property** of the policy applies to this coverage.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 70

48. **Water Back Up And Sump Pump Overflow**

A. We will pay for direct physical loss or damage to Covered Property at the premises described in the Declarations resulting from:

1. Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

2. Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment even if the overflow or discharge results from a mechanical breakdown of a sump pump or its related equipment.

   However, with respects to Paragraph A.2. above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of a mechanical breakdown.

B. The coverage described in Paragraph A. of this coverage does not apply to loss or damage resulting from:

1. An insured's failure to keep a sump pump or its related equipment in working condition; or

2. An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

C. The most we will pay for loss provided under this coverage is $100,000 per occurrence.

D. Paragraph **B.1.g. Exclusions** under **Section I – Property** is replaced with:

g. Water

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water under the ground surface pressing on, or flowing or seeping through:

   (a) Foundations, walls, floors or paved surfaces;

   (b) Basements, whether paved or not; or

   (c) Doors, windows or other openings; or

(4) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)** or **(3)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(4)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

F. For the purposes of this coverage, the term drain includes a roof drain and related fixtures.

G. The deductible applicable to **Section I – Property** of the policy applies to this coverage.

**SECTION II – LIABILITY**

1. **Bailees Coverage**

Paragraph **B.1.k.(4)** Exclusions, Damage to Property under section **Section II – Liability Exclusion**, is amended to read:

Personal property in the care, custody, or control of the insured:

This paragraph does not apply to personal property left in your care, custody, or control for repairing, processing or safekeeping.

The most we will pay for this coverage extension is $25,000 in any occurrence.

2. **Blanket Additional Insured For Special Events**

A. The following is added to Paragraph C. Who Is An Insured in **Section II – Liability**:

4. Any Person or Organization whom you are required to add as an additional insured under this policy for your participation in a special event sponsored or held at premises owned by that person or organization, and which a certificate of insurance has been completed.

B. If endorsement M2375B, Businessowners Liability (Section II) Exclusion applies to this policy, this coverage, Blanket Additional Insured for Special Events, is not applicable.

3. **Claims Data Expense**

A. We will pay necessary expense you incur at our direction following a covered loss to assist us in investigating a claim or lawsuit.

B. The most we will pay under this Additional Coverage is $5,000.

   No deductible applies to this coverage.

C. If endorsement M2375B, Businessowners Liability (Section II) Exclusion applies to this policy, this coverage, Claims Data Expense, is not applicable.

4. **Employment Related Practices Liability Insurance**

   A. The Employment Related Practices Exclusion (BP 0417) or (BP 0460) attached to this policy, applies to this policy with respect to:

      1. Losses that are below the $1,000 deductible stated in paragraph F., and

      2. Losses that exceed the $25,000 limit shown in paragraph D.

   B. If endorsement M2375B, Businessowners Liability (Section II) Exclusion applies to this policy, this coverage, Employment Related Practices Liability Insurance, is not applicable.

   C. The Businessowners Liability coverage provided by this policy includes "bodily injury" or "personal and advertising injury" to:

      1. A person arising out of any:

         a. Refusal to employ that person;

         b. Termination of that person's employment; or

         c. Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

      2. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs a., b. or c. above is directed.

   D. The most we will pay for losses, including defense costs, occurring in any annual policy period under this coverage is $25,000 regardless of the number of:

      1. Insureds;

      2. Claims made or "suits" brought; or

      3. Persons or organizations making claims or bringing suits.

   E. Additional Exclusions

      1. The Fair Labor Standards Act, or any state or common law wage or hour law, including, but not limited to laws governing minimum wages, hours worked, overtime compensation, and including any recordkeeping and reporting related thereto.

   F. Our obligation under this coverage to pay damages or defense costs on your behalf applies only to amounts in excess of $1,000.

5. **Product Recall**

   A. Coverage

      We will reimburse you for "product recall expenses" incurred by you because of a "product recall" to which this insurance applies.

   B. Paragraph **B.1.o.** Exclusions, Recall Of Products, Work Or Impaired Property under **Section II – Liability Exclusion** is replaced with:

      1. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

         a. "Your product", or

         b. "Your work", or

         c. "Impaired property",

         if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, but this exclusion does not apply to "product recall defense" that you incur due to a "covered recall" of "your product".

      2. This insurance does not apply to "product recall expense" arising out of:

         a. Breach of warranty and failure to conform to intended purpose. This exclusion does not apply if such failure has caused or is reasonably expected to cause "bodily injury" or "property damage" to tangible property other than "your product".

         b. Infringement of copyright, patent, trade secret, trade dress, or trademark.

         c. Deterioration, decomposition, or chemical transformation. This exclusion does not apply if it is caused by:

            (1) And error in manufacturing, design, or processing; or

            (2) Transportation of "your product"; or

            (3) "Product tampering"; or

         d. Loss of goodwill, market share, revenue, profit, or cost of redesign; or

         e. Expiration of shelf life; or

         f. A known defect if it was known to exist by the Named Insured prior to the date when this coverage was first issued, or prior to the time "your product" leaves your control or possession; or

g. A recall for products which have been otherwise excluded under "bodily injury" or "property damage"; or

h. A recall initiated because "your product" or a portion or "your product" has been banned from the market by an authorized government entity prior the date this coverage was first issued, or distributed and sold by you subsequent to any government ban; or

i. The defense of a claim or "suit" against you for liability arising out of a "product recall"; or

j. Any compensatory damages, fines, penalties, punitive or exemplary or other non-compensatory damages imposed.

3. Limits of Insurance

A. The most we will pay for losses occurring in any one "product recall" is $25,000.

B. If endorsement M2375B, Businessowners Liability (Section II) Exclusion applies to this policy, this coverage, Product Recall Coverage, is not applicable.

4. Definitions

a. "Product recall" means the recall or withdrawal of "your product" from the market or from use by any other person or organization, because of known or suspected defects which has caused or is reasonably expected to cause "bodily injury" or "physical damage" to tangible property other than "your product". Electronic data is not tangible property.

b. "Product recall expense" means those reasonable and necessary extra, expenses listed below, paid and directly related to a "product recall":

(1) Costs of notification;

(2) Costs of stationary, envelopes, production of announcements and postage or facsimiles;

(3) Costs of overtime paid to your regular non-salaried employees and costs incurred by your employees, including cost of transportation and accommodation;

(4) Costs of computer time;

(5) Costs of hiring independent contractors and other temporary employees;

(6) Costs of transportation, shipping or packaging;

(7) Costs of warehouse or storage space; or

(8) Costs of proper disposal of "your products" or products that contain "your products", that cannot be reused, not exceeding the purchase price or your cost to produce the product whichever is less.

c. "Product tampering" means an act of intentional alteration of "your product" which has caused or is reasonably expected to cause "bodily injury" or "property damage" to tangible property other than "your product".

When "product tampering" is known, suspected, or threatened, a "product recall" will be limited to those batches of "your product" known or suspected to have been tampered with.

For the purpose of this insurance electronic data is not tangible property.

6. **Waiver Of Subrogation When Required By Contract**

The following is added to Paragraph **K.2.** Transfer Of Rights Of Recovery Against Others to Us under **Section III – Common Policy Conditions**:

This condition does not apply to any person or organization to which you waived this condition by written contract or agreement, but only to the extent that subrogation is waived prior to the "bodily injury" or "property damage" under a contract with that person or organization.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 73

**BUSINESSOWNERS**
**BP 06 12 11 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following applies to any provision in this Policy, or in any endorsement attached to this Policy, that sets forth a duty to defend:

If we initially defend an insured or pay for an insured's defense but later determine that none of the claims, for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

DECLARATION OF LIND STAPLEY IN SUPPORT OF DEF
OREGON MUTUAL INS. CO. MOTION TO DISMISS - EXHIBIT A; Page 74