UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NUE LLC d/b/a NUE SEATTLE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | No. 2:20-cv-00676-RSL<br><br>ORDER GRANTING JOINT REQUEST TO TRANSFER ACTION TO THE DISTRICT OF OREGON |

The Court has considered Plaintiff Nue LLC's and Defendant Oregon Mutual Insurance Company's Joint Request to Transfer Action to the District of Oregon Pursuant to 28 U.S.C. § 1404(a).

This Court finds that (i) this action could have been brought in the District of Oregon, where Defendant resides; (ii) transfer of this action to the District of Oregon serves the convenience of the parties and witnesses; and (iii) the interests of justice and judicial economy would be furthered by a transfer of this action to the District of Oregon.

Accordingly, the Court HEREBY GRANTS the motion to transfer this action to the District of Oregon pursuant to 28 U.S.C §1404(a).

ORDER GRANTING JOINT REQUEST TO TRANSFER ACTION - 1
(2:20-cv-00676-RSL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

It is FURTHER ORDERED that upon transfer, this action shall be related to *Dakota Ventures, LLC v. Oregon Mutual Ins. Co*. (No. 3:20-cv-00630-HZ) (D. Or. Apr. 17, 2020), which is currently pending before the Hon. Marco Hernandez.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2020.

*[signature]*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 24th day of August, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
   Lynn L. Sarko, WSBA #16569
   Amy Williams-Derry, WSBA #28711
   Ian S. Birk, WSBA #31431
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   Nathan L. Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: awilliams-derry@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com
   Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
   Alison Chase, *pro hac vice forthcoming*

|  |  |
|---|---|
| 1 | 801 Garden Street, Suite 301 |
| 2 | Santa Barbara, CA 93101 |
|   | Telephone: (805) 456-1496 |
| 3 | Fax: (805) 456-1497 |
|   | Email: achase@kellerrohrback.com |

*Attorneys for Plaintiff and the Proposed Classes*

**SOHA & LANG, P.S.**

By: *s/Lind Stapley*
By: *s/Jennifer P. Dinning*
    Lind Stapley, WSBA # 19512
    Jennifer P. Dinning, WSBA # 38236
    1325 Fourth Avenue, Suite 2000
    Seattle, WA  98101-2570
    Telephone:  206-624-1800
    Facsimile:   206-624-3585
    Email:  stapley@sohalang.com
    Email: dinning@sohalang.com

*Attorneys for Defendant Oregon Mutual Insurance Company*