**From:**            info@ord.uscourts.gov
**Sent:**            Tuesday, August 25, 2020 10:49 AM
**To:**              InterDistrictTransfer_WAWD
**Subject:**         Transferred case has been opened

CASE: 2:20-cv-00676

DETAILS: Case transferred from Washington Western has been opened in District of Oregon as case 3:20-cv-01449, filed 08/25/2020.